# EXHIBIT 1



# United States Patent Office

**917,618**
Registered Aug. 3, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 320,638, filed Mar. 3, 1969



Milwaukee Electric Tool Corporation (Wisconsin corporation)
13135 W. Lisbon Road
Brookfield, Wis. 53005

For: PORTABLE ELECTRIC DRILLS AND ATTACHMENTS THEREFOR; SAWS AND ATTACHMENTS THEREFOR; SANDERS AND ATTACHMENTS THEREFOR; HAMMERS AND HAMMER-DRILLS AND ATTACHMENTS THEREFOR; SCREW DRIVERS AND NUT RUNNERS AND ATTACHMENTS THEREFOR; POLISHERS AND ATTACHMENTS THEREFOR; IMPACT WRENCHES AND ATTACHMENTS THEREFOR; SANDER-GRINDERS AND GRINDERS AND ATTACHMENTS THEREFOR; METAL CUTTING SHEARS; AND DRAIN CLEANERS, in CLASS 23 (INT. CL. 7).

First use June 1938; in commerce June 1938.

G. R. LEADER, Examiner

Int. Cl.: 11

Prior U.S. Cls.: 21 and 34

**United States Patent and Trademark Office**

Reg. No. 1,437,205
Registered Apr. 21, 1987

## TRADEMARK
### PRINCIPAL REGISTER



MILWAUKEE HEAT TOOLS. INC. (WISCON-
SIN CORPORATION)
5024 NORTH 37TH STREET
MILWAUKEE. WI 53209

FOR: ELECTRICALLY-OPERATED HEAT
GUN APPARATUS. IN CLASS 11 (U.S. CLS. 21
AND 34).

FIRST USE 5-1-1978; IN COMMERCE
8-1-1978.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MILWAUKEE". APART
FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FANCIFUL
LETTER "M" WITHIN A CIRCLE.

SER. NO. 581.668. FILED 2-7-1986.

ABRAM I. SACHS. EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 21 and 23

## United States Patent and Trademark Office

Reg. No. 1,489,877
Registered May 31, 1988

## TRADEMARK
### PRINCIPAL REGISTER



MILWAUKEE ELECTRIC TOOL CORPORA-
TION (WISCONSIN CORPORATION)
13135 WEST LISBON ROAD
BROOKFIELD, WI 53005

FOR: ELECTRICALLY POWERED TOOLS
AND EQUIPMENT, NAMELY-HOLE AND
SCREW SHOOTERS, DIAMOND CORE
DRILLS, DIAMOND CORE BITS, DRILL
PRESSES HAVING A WEIGHT OF 200 POUNDS
OR LESS, AND PARTS FOR EACH OF THE

FOREGOING , IN CLASS 7 (U.S. CLS. 21 AND
23).

FIRST USE 6-0-1938; IN COMMERCE
6-0-1938.

OWNER OF U.S. REG. NO. 917,618.

SEC. 2(F).

SER. NO. 640,330, FILED 1-20-1987.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cls.: 7 and 8

Prior U.S. Cl.: 23

## United States Patent and Trademark Office

Reg. No. 1,739,475
Registered Dec. 15, 1992

### TRADEMARK
#### PRINCIPAL REGISTER



MILWAUKEE ELECTRIC TOOL CORPORA-
TION (DELAWARE CORPORATION)
13135 WEST LISBON ROAD
BROOKFIELD, WI 53005

FOR: ELECTRICALLY POWERED WIRE
ROPE AND LINK CHAIN HOISTS, AND OVER-
HEAD TROLLEYS FOR MOVING THE HOISTS,
AND PARTS THEREFOR, IN CLASS 7 (U.S. CL.
23).

FIRST USE 6-0-1986; IN COMMERCE
6-0-1986.

FOR: MANUALLY OPERATED LINK CHAIN
AND LEVER HOISTS AND OVERHEAD TROL-
LEYS FOR MOVING THE HOISTS, AND
PARTS THEREFOR, IN CLASS 8 (U.S. CL. 23).

FIRST USE 6-0-1986; IN COMMERCE
6-0-1986.

OWNER OF U.S. REG. NOS. 917,618, 1,489,877,
AND 1,496,325.

SEC. 2(F).

SER. NO. 74-262,994, FILED 4-6-1992.

RANDY RICARDO, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

Reg. No. 2,624,843

## United States Patent and Trademark Office

Registered Sep. 24, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## MILWAUKEE

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 WEST LISBON ROAD
BROOKFIELD, WI 530052550

FOR: MAINTENANCE AND POWER TOOLS, NAMELY, HOLE SHOOTERS, SCREW SHOOTERS, SCREWDRIVERS, HAMMERS, HAMMER DRILLS, DRIVER/DRILLS, DRILL PRESSES, MAGNETIC DRILL PRESSES, CORING MACHINES, SANDER/ GRINDERS, SANDERS, GRINDERS, ELECTRIC SAWS, CIRCULAR SAWS, RECIPROCATING SAWS, WORM DRIVE SAWS, CUT-OFF MACHINES, NUT RUNNERS, NIBBLERS, POLISHERS, ROUTERS, IM- PACT WRENCHES, SHEARS, DRAIN CLEANERS, VACUUM CLEANERS, AND ATTACHMENTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1924; IN COMMERCE 0-0-1924.

OWNER OF U.S. REG. NOS. 1,489,877, 2,275,688 AND OTHERS.

SEC. 2(F).

SER. NO. 76-350,658, FILED 12-19-2001.

VIVIAN MICZNIK FIRST, EXAMINING ATTOR- NEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,772,366**
Registered Apr. 6, 2010

**Int. Cl.: 9**

**TRADEMARK**
**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 WEST LISBON ROAD
BROOKFIELD, WI 53005

FOR: BATTERIES AND BATTERY CHARGERS, ELECTRONIC TEST AND MEASURING INSTRUMENTS AND DEVICES AND ELECTRONIC TEST TOOLS, NAMELY, DIGITAL MULTI-METERS, VOLTAGE MEASURING CLAMPS AND FORKS, CURRENT MEASURING CLAMPS AND FORKS, VOLTAGE DETECTORS, AND THE STRUCTURAL PARTS AND STRUCTURAL ACCESSORIES THEREOF, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2005; IN COMMERCE 4-30-2005.

OWNER OF U.S. REG. NOS. 917,618, 2,624,843, AND OTHERS.

SEC. 2(F).

THE MARK CONSISTS OF THE STYLIZED WORD "MILWAUKEE" WITH A LIGHTNING BOLT BENEATH IT.

SN 77-467,254, FILED 5-6-2008.

LINDSEY RUBIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,908,609**

**Registered Jan. 18, 2011**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 WEST LISBON ROAD
BROOKFIELD, WI 53005

FOR: HAND TOOLS, NAMELY, HAND OPERATED MANUAL TOOLS, NAMELY, SAWS, BLADES FOR HAND SAWS, UTILITY KNIVES, BLADES FOR UTILITY KNIVES, SCREW-DRIVERS, NUTDRIVERS, PLIERS, TUBING CUTTERS, SNIPS, TIN SNIPS, WRENCHES, WIRE STRIPPERS, CLAMPS, CHISELS, AND TOOL BELTS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 2-1-2003; IN COMMERCE 2-1-2003.

OWNER OF U.S. REG. NOS. 917,618, 2,624,843, AND 3,159,722.

SEC. 2(F).

THE MARK CONSISTS OF A STYLIZED "MILWAUKEE" WITH AN IMAGE OF A LIGHT-NING BOLT.

SN 77-707,583, FILED 4-6-2009.

ALICIA COLLINS, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# M12

**Reg. No. 4,203,255**

**Registered Sep. 4, 2012**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-7-2008; IN COMMERCE 10-7-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,753, FILED 5-23-2011.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# M18

**Reg. No. 4,203,258**
**Registered Sep. 4, 2012**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

**Int. Cl.: 9**

FOR: BATTERIES, BATTERY CHARGERS AND RADIOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 12-31-2009; IN COMMERCE 12-31-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,798, FILED 5-23-2011.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# M18

**Reg. No. 4,203,259**
**Registered Sep. 4, 2012**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-19-2008; IN COMMERCE 9-19-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,806, FILED 5-23-2011.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# M12

**Reg. No. 4,207,146**
**Registered Sep. 11, 2012**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-4-2010; IN COMMERCE 11-4-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,765, FILED 5-23-2011.

MARLENE BELL, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# M12

**Reg. No. 4,400,602**

**Registered Sep. 10, 2013**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
LEGAL DEPARTMENT
BROOKFIELD, WI 53005

FOR: POWER TOOLS, NAMELY, SCREWDRIVERS, HAMMERS, ROTARY HAMMERS, HAMMER DRILLS, DRIVER/DRILLS, RIGHT ANGLE DRILLS, ROTARY TOOLS, OSCIL-LATING TOOLS, EXPANSION TOOLS, GREASE GUNS, POWER SAWS, RECIPROCATING SAWS, JIG SAWS, BAND SAWS, PALM NAILERS, IMPACT WRENCHES, IMPACT DRIVERS, TUBING CUTTERS, POWERED SHEARS, CAULK GUNS, RATCHET WRENCHES, CABLE CUTTERS, AND ATTACHMENTS THEREFOR, NAMELY, SAW BLADES, SHEAR BLADES AND TUBING CUTTER WHEELS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-22-2008; IN COMMERCE 9-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,734, FILED 5-23-2011.

GRETTA YAO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# M12

**Reg. No. 4,407,484**

**Registered Sep. 24, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

FOR: BATTERIES; BATTERY CHARGERS; RADIOS; ELECTRONIC TEST AND MEASURING INSTRUMENTS AND DEVICES AND ELECTRONIC TEST TOOLS, NAMELY, DIGITAL MULTI-METERS, TEMPERATURE METERS, THERMAL IMAGERS, THERMAL CAMERAS, VOLTAGE MEASURING CLAMPS AND FORKS, CURRENT MEASURING CLAMPS AND FORKS, VOLTAGE DETECTORS, AND THE STRUCTURAL PARTS AND STRUCTURAL ACCESSORIES THEREOF; INSPECTION CAMERAS, AND THE STRUCTURAL PARTS AND STRUCTURAL ACCESSORIES THEREOF, NAMELY, EXTENSION CABLES, REPLACEMENT CABLES, HOOKS, MIRRORS AND MAGNETS; LEVELS, NAMELY, BATTERY POWERED PLUMB LASERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-22-2008; IN COMMERCE 9-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,795, FILED 5-23-2011.

GRETTA YAO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



**United States of America**
United States Patent and Trademark Office

**Milwaukee**

**Reg. No. 4,534,864**

**Registered May 20, 2014**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

FOR: POWER TOOLS, NAMELY, DRILLS, DRIVER/DRILLS, HAMMERS AND HAMMER DRILLS, ROTARY HAMMERS, SCREW DRIVERS, RIGHT ANGLE DRILLS, RATCHET WRENCHES, IMPACT WRENCHES, IMPACT DRIVERS AND ATTACHMENTS THEREFOR; POWER-OPERATED POLISHERS, POWER-OPERATED SANDER-GRINDERS AND GRINDERS AND ATTACHMENTS THEREFOR; DIAMOND CORE POWER DRILLS, DIAMOND CORE POWER DRILL BITS, POWER-OPERATED DRILL PRESSES HAVING A WEIGHT OF 200 POUNDS OR LESS AND ATTACHMENTS THEREFOR; ELECTRIC SAWS, NAMELY, CIRCULAR SAWS, RECIPROCATING SAWS, WORM DRIVE SAWS, BAND SAWS, MITER SAWS, JIG SAWS AND CUT-OFF MACHINES, BLADES FOR POWER SAWS; POWER-OPERATED METAL CUTTING SHEARS, POWER-OPERATED NIBBLERS, POWER-OPERATED ROUTERS, POWER-OPERATED GREASE GUNS, POWER-OPERATED CAULK GUNS, POWER-OPERATED ADHESIVE GUNS, POWER-OPERATED PLUMBING FITTING EXPANSION TOOLS; ROTARY TOOLS; POWER-OPERATED NAILERS; POWER-OPERATED OSCILLATING MULTI-TOOLS; POWER-OPERATED CABLE CUTTERS, TUBING CUTTERS AND PIPE CUTTERS AND ATTACHMENTS THEREFOR; HYDRAULIC TOOLS, NAMELY, PRESS TOOLS AND ATTACHMENTS THEREFOR; ELECTRICALLY POWERED WIRE ROPE AND LINK CHAIN HOISTS, AND OVERHEAD TROLLEYS FOR MOVING THE HOISTS, AND PARTS THEREFOR; VACUUM CLEANERS AND ATTACHMENTS THEREFOR; PAINT SPRAYERS AND ATTACHMENTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 6-1-1938; IN COMMERCE 6-1-1938.

OWNER OF U.S. REG. NOS. 917,618, 1,739,475, AND OTHERS.

SEC. 2(F) AS TO "MILWAUKEE".

THE MARK CONSISTS OF A STYLIZED "MILWAUKEE" WITH AN IMAGE OF A LIGHTNING BOLT.

SN 86-002,287, FILED 7-3-2013.

TARAH HARDY, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# M18

**Reg. No. 4,580,441**

**Registered Aug. 5, 2014**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

FOR: POWER TOOLS NAMELY, HAMMERS, ROTARY HAMMERS, HAMMER DRILLS, DRILLS/DRIVERS, RIGHT ANGLE DRILLS, EXPANSION TOOLS, IMPACT WRENCHES, IMPACT DRIVERS, POWER SAWS, RECIPROCATING SAWS, JIG SAWS, CIRCULAR SAWS, BAND SAWS, GRINDERS, GREASE GUNS, CAULK GUNS, VACUUM CLEANERS AND ATTACHMENTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-7-2008; IN COMMERCE 10-7-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-327,802, FILED 5-23-2011.

GRETTA YAO, EXAMINING ATTORNEY



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# REDLITHIUM

**Reg. No. 4,849,244**

**Registered Nov. 10, 2015**

**Int. Cl.: 7**

**TRADEMARK**

**PRINCIPAL REGISTER**

MILWAUKEE ELECTRIC TOOL CORPORATION (DELAWARE CORPORATION)
13135 W. LISBON ROAD
BROOKFIELD, WI 53005

FOR: POWER TOOLS, NAMELY, DRILLS, DRIVER/DRILLS, HAMMERS AND HAMMER DRILLS, ROTARY HAMMERS, SCREW DRIVERS, RIGHT ANGLE DRILLS, RATCHET WRENCHES, IMPACT WRENCHES, IMPACT DRIVERS AND ATTACHMENTS THEREFOR; POWER-OPERATED POLISHERS, POWER-OPERATED SANDER-GRINDERS AND GRINDERS AND ATTACHMENTS THEREFOR; ELECTRIC SAWS, NAMELY, CIRCULAR SAWS, RECIPROCATING SAWS, BAND SAWS AND JIG SAWS; POWER-OPERATED METAL CUTTING SHEARS, POWER-OPERATED NIBBLERS, POWER-OPERATED GREASE GUNS, POWER-OPERATED CAULK GUNS, POWER-OPERATED ADHESIVE GUNS, POWER-OPERATED PLUMBING FITTING EXPANSION TOOLS; POWER-OPERATED ROTARY TOOLS; POWER-OPERATED NAILERS; POWER-OPERATED OSCILLATING MULTI-TOOLS; POWER-OPERATED CABLE CUTTERS, TUBING CUTTERS AND PIPE CUTTERS AND ATTACHMENTS THEREFOR; HYDRAULIC TOOLS, NAMELY, PRESS TOOLS AND KNOCKOUT PUNCH TOOLS AND ATTACHMENTS THEREFOR; VACUUM CLEANERS AND ATTACHMENTS THEREFOR; POWER OPERATED BLOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-14-2010; IN COMMERCE 10-14-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-400,048, FILED 9-19-2014.

ALAIN LAPTER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,184**

**Registered Nov. 22, 2016**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 9: Batteries, battery chargers, radios; electronic test and measuring instruments and devices and electronic test tools, namely, digital multi-meters, voltage measuring clamps and forks, current measuring clamps and forks, voltage detectors, distance meters, temperature meters, and the structural parts thereof; Structural accessories for the aforementioned goods, namely, electrical cables for powering the devices, probes for testing integrated circuits; Inspection cameras, and the structural parts and structural accessories thereof, namely, extension cables, replacement cables, hooks in the nature of camera mounts and supports, scientific and technical apparatus in the nature of optical mirrors, and magnets not for medical use; levels, namely, battery powered plumb lasers and torpedo levels; tape measures

FIRST USE 4-30-2005; IN COMMERCE 4-30-2005

The mark consists of the stylized word "MILWAUKEE" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 3772366, 2624843, 0917618, 3159722

SEC. 2(F) AS TO "MILWAUKEE"

SER. NO. 86-827,693, FILED 11-20-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,201**

**Registered Nov. 22, 2016**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 18: Backpacks; Tool bags sold empty; Tool pouches, sold empty

FIRST USE 5-17-2000; IN COMMERCE 5-17-2000

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC. 2(F) As to "MILWAUKEE"

SER. NO. 86-830,813, FILED 11-24-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,219**

**Registered Nov. 22, 2016**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 16: Felt-tip pens; Marking pens

FIRST USE 3-1-2014; IN COMMERCE 3-1-2014

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC. 2(F) As to "MILWAUKEE"

SER. NO. 86-837,262, FILED 12-02-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,220**

**Registered Nov. 22, 2016**

**Int. Cl.: 6**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 6: Tool boxes of metal; Tools chests of metal sold empty

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC. 2(F) As to "MILWAUKEE"

SER. NO. 86-837,273, FILED 12-02-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,222**

**Registered Nov. 22, 2016**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 20: Tool and tool accessory boxes not made of metal sold empty and parts and fittings therefor; Tool boxes not of metal

FIRST USE 5-1-2014; IN COMMERCE 5-1-2014

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC. 2(F) As to "MILWAUKEE"

SER. NO. 86-837,285, FILED 12-02-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,223**

**Registered Nov. 22, 2016**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 21: Bottle openers

FIRST USE 4-1-2013; IN COMMERCE 4-1-2013

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC. 2(F) As to "MILWAUKEE"

SER. NO. 86-837,293, FILED 12-02-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,085,240**

**Registered Nov. 22, 2016**

**Int. Cl.: 4**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 4: Cutting fluids; Lubricating oils and greases

FIRST USE 3-00-1982; IN COMMERCE 3-00-1982

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC. 2(F) As to "Milwaukee"

SER. NO. 86-843,569, FILED 12-09-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,117,238**

**Registered Jan. 10, 2017**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 8: Hand tools, namely, hand saws and blades for hand saws, utility knives, blades for utility knives, insulation knives, duct knives, folding knives; hand powered staple guns and hammer tackers; Hand tools, namely, scissors, snips, hand seamers, screwdrivers, nut drivers, pliers, and tubing cutters; Tool belts and tool pouches for attachment to tool belts; Hand tools in the nature of hand seamers; Hand tools, namely, wire crimpers; Hand tools, namely, clamps; chalk line reels

FIRST USE 4-2-2010; IN COMMERCE 4-2-2010

The mark consists of a lightning bolt.

OWNER OF U.S. REG. NO. 3159722

SER. NO. 86-822,352, FILED 11-17-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,117,290**

**Registered Jan. 10, 2017**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 8: Hand tools, namely, hand saws and blades for hand saws, utility knives, blades for utility knives, insulation knives, duct knives, folding knives; hand powered staple guns and hammer tackers; Hand tools, namely, scissors, snips, hand seamers, screwdrivers, nut drivers, pliers, and tubing cutters; Tool belts and tool pouches for attachment to tool belts; Hand tools in the nature of hand seamers, Hand tools, namely, wire crimpers; Hand tools, namely, clamps; chalk line reels

FIRST USE 2-1-2003; IN COMMERCE 2-1-2003

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 2624843, 0917618, 3159722

SEC.2(F)

SER. NO. 86-827,681, FILED 11-20-2015
KEVIN SCOTT CORWIN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MILWAUKEE

**Reg. No. 5,203,577**

**Registered May 16, 2017**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 8: Hand tools, namely, hand saws and blades for hand saws, utility knives and blades for utility knives, duct knives, folding knives; hand tools, namely, scissors, snips, seamers, crimpers, wrenches, screwdrivers, nut drivers, pliers, tubing cutters, clamps; tool belts and tool pouches for attachment to tool belts; chalk line reels; hand powered staple guns and hammer tackers

FIRST USE 2-1-2003; IN COMMERCE 2-1-2003

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3908609, 2624843, 0917618

SEC.2(F)

SER. NO. 87-159,530, FILED 09-02-2016
DAVID T MURRAY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MILWAUKEE

**Reg. No. 5,203,630**

**Registered May 16, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WI 53005

CLASS 9: Batteries and battery chargers

FIRST USE 5-1-1963; IN COMMERCE 5-1-1963

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3772366, 2624843, 0917618

SEC.2(F)

SER. NO. 87-169,669, FILED 09-13-2016
DAVID T MURRAY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,318,403**

**Registered Oct. 24, 2017**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 7: Power tools, namely, transfer pumps for non-combustible fluids; power-operated lawn and garden tools, namely, string trimmers and string trimmer spools, hedge trimmers, and blowers

FIRST USE 12-19-2016; IN COMMERCE 12-19-2016

The mark consists of the stylized word "MILWAUKEE" with a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 4534864, 2624843, 1489877

SEC.2(F)

SER. NO. 87-165,753, FILED 09-09-2016



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,645,535**

**Registered Jan. 01, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 9-20-2007; IN COMMERCE 9-20-2007

The color(s) red is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of a substantially triangular-shaped red button on each side of a battery in conjunction with a red tab. The dotted outlines of the battery and the tab show the position of the mark on the goods and are not part of the mark.

SER. NO. 87-418,780, FILED P.R. 04-20-2017; AM. S.R. 10-30-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,645,536**

**Registered Jan. 01, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 8-5-2016; IN COMMERCE 9-6-2016

The color(s) red is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of a substantially triangular-shaped red button on each side of a battery in conjunction with a red tab. The dotted outlines of the battery and the tab show the position of the mark on the goods and are not part of the mark.

SER. NO. 87-418,791, FILED P.R. 04-20-2017; AM. S.R. 10-30-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,645,537**

**Registered Jan. 01, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 9-2-2008; IN COMMERCE 9-2-2008

The color(s) red and black is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of a red & black battery. Specifically, the mark consists of a generally rectangular-shaped, generally black base atop which is a generally triangular-shaped object at the front of the battery with two red buttons (one on either side) having a generally triangular-shaped appearance. The broken lines depicting the power indicator on the front of the generally triangular-shaped object, the shape of the connecting mechanism and locking red prongs, and the components of the rectangular-shaped base of the battery show the position of the mark on the goods and are not part of the mark.

SER. NO. 87-418,807, FILED P.R. 04-20-2017; AM. S.R. 10-30-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,735,629**

**Registered Apr. 23, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 9-20-2007; IN COMMERCE 9-20-2007

The mark consists of a three-dimensional configuration of a battery. Specifically, the mark consists of a generally rectangular-shaped base that is approximately 1 ½ inches high, atop which is a triangular-shaped object at the front of the battery with two triangular-shaped buttons, one on either side of the triangular-shaped object at the front of the battery. The broken lines depicting the power indicator on the front of the triangular-shaped object, the connecting mechanism and locking prongs, and the components of the rectangular-shaped base of the battery shows the position of the mark on the goods and is not part of the mark.

The stippling is for shading purposes only.

No claim is made to the exclusive right to use the following apart from the mark as shown: THE GENERALLY RECTANGULAR-SHAPED BASE

SER. NO. 87-418,732, FILED P.R. 04-20-2017; AM. S.R. 02-26-2019

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,735,630**

**Registered Apr. 23, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 8-5-2016; IN COMMERCE 9-6-2016

The mark consists of a three-dimensional configuration of a battery. Specifically, the mark consists of a generally rectangular-shaped base that is approximately 2 ¾ inches high, atop which is a triangular-shaped object at the front of the battery with two generally triangular-shaped buttons, one on either side of the triangular-shaped object at the front of the battery. The broken lines depicting the connecting mechanism and locking prongs, and the components of the rectangular-shaped base of the battery shows the position of the mark on the goods and is not part of the mark.

The stippling is for shading purposes only.

No claim is made to the exclusive right to use the following apart from the mark as shown: THE GENERALLY RECTANGULAR-SHAPED BASE

SER. NO. 87-418,757, FILED 04-20-2017

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,735,631**

**Registered Apr. 23, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 9-2-2008; IN COMMERCE 9-2-2008

The mark consists of a three-dimensional configuration of a battery. Specifically, the mark consists of a generally rectangular-shaped base that is approximately 2 inches high, atop which is a triangular-shaped object at the front of the battery with two triangular-shaped buttons, one on either side of the triangular-shaped object at the front of the battery. The broken lines depicting the power indicator on the front of the triangular-shaped object, the connecting mechanism and locking prongs, and the components of the rectangular-shaped base of the battery shows the position of the mark on the goods and is not part of the mark.

The stippling is for shading purposes only.

No claim is made to the exclusive right to use the following apart from the mark as shown: THE GENERALLY RECTANGULAR-SHAPED BASE

SER. NO. 87-418,768, FILED P.R. 04-20-2017; AM. S.R. 02-26-2019

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,735,632**

**Registered Apr. 23, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 9-20-2007; IN COMMERCE 9-20-2007

The mark consists of a three-dimensional configuration of a substantially triangular-shaped button on the side of a battery. The broken lines depicting the battery and tab show the position of the mark on the goods and are not part of the mark.

SER. NO. 87-418,828, FILED P.R. 04-20-2017; AM. S.R. 02-26-2019

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,735,633**

**Registered Apr. 23, 2019**

**Int. Cl.: 9**

**Trademark**

**Supplemental Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Batteries; Batteries and battery chargers; Battery packs; Battery packs for cordless power tools; Lithium ion batteries

FIRST USE 8-5-2016; IN COMMERCE 9-6-2016

The mark consists of a three-dimensional configuration of a substantially triangular-shaped button on the side of a battery. The broken lines depicting the battery and tab show the position of the mark on the goods and are not part of the mark.

SER. NO. 87-418,837, FILED P.R. 04-20-2017; AM. S.R. 02-26-2019

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MILWAUKEE

**Reg. No. 5,894,915**

**Registered Oct. 29, 2019**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 11: electrically heated clothing, namely, jackets, sweatshirts, vests, gloves, hand
warmers; flashlights; lanterns for lighting; flood lights; LED flashlights; portable utility
lights; portable battery-operated lights; spot lights

FIRST USE 11-4-2010; IN COMMERCE 11-4-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 88-308,797, FILED 02-20-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,011,155**

**Registered Mar. 17, 2020**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 11: electrically heated clothing, namely, jackets, sweatshirts, vests, gloves, hand warmers; flashlights; lanterns for lighting; flood lights; LED flashlights; portable utility lights; portable battery-operated lights; spot lights

FIRST USE 11-4-2010; IN COMMERCE 11-4-2010

The mark consists of the stylized word "Milwaukee" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 4534864, 3908609, 5318403

SEC. 2(F) as to "MILWAUKEE"

SER. NO. 88-308,772, FILED 02-20-2019

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,175,446**

**Registered Oct. 13, 2020**

**Int. Cl.: 9, 11, 25**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation  (DELAWARE CORPORATION)
13135 W. Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 9: Inspection cameras, and the structural parts and structural accessories thereof, namely, extension cables, replacement cables, hooks, mirrors and magnets; levels, namely, battery powered plumb lasers not for medical use, motorized rotary levels, box levels, masonry levels, i-beam levels, torpedo levels and utility levels; tape measures; rulers, namely, straight rulers and folding rulers

FIRST USE 4-3-2005; IN COMMERCE 4-3-2005

CLASS 11: flashlights

FIRST USE 9-19-2008; IN COMMERCE 9-19-2008

CLASS 25: Clothing, namely, jackets, shirts, sweatshirts and hats; all the foregoing not relating to baseball or softball or to a baseball or softball team, league, mascot or stadium

FIRST USE 00-00-1973; IN COMMERCE 00-00-1973

The mark consists of a stylized "Milwaukee" with an image of a lightning bolt.

OWNER OF U.S. REG. NO. 0917618, 2624843, 3908609

SEC.2(F)

SER. NO. 77-962,156, FILED 03-18-2010



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# XC

**Reg. No. 6,269,364**

**Registered Feb. 16, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 7: Power Tools, namely, power-operated hammers, rotary hammers, hammer drills, drills/drivers, right angle drills, expansion tools in the nature of tools used to temporarily expand pipes, impact wrenches, impact drivers, power-operated saws, reciprocating saws, jig saws, circular saws, band saws, grinders, power-operated grease guns, power-operated caulk guns, vacuum cleaners and attachments therefor

FIRST USE 10-7-2008; IN COMMERCE 10-7-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-646,281, FILED 10-08-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,369,616**

**Registered Jun. 01, 2021**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Milwaukee Electric Tool Corporation (DELAWARE CORPORATION)
13135 West Lisbon Road
Brookfield, WISCONSIN 53005

CLASS 7: Air compressors

FIRST USE 5-28-2020; IN COMMERCE 5-28-2020

The mark consists of the stylized word "MILWAUKEE" with an image of a lightning bolt beneath it.

OWNER OF U.S. REG. NO. 4534864, 6089843, 5318403

SEC. 2(F) as to "MILWAUKEE"

SER. NO. 90-188,055, FILED 09-17-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

